**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-19-0000868**
**13-MAR-2024**
**09:38 AM**
**Dkt. 123 OGMR**

NO. CAAP-19-0000868

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

MONICA G. SCARLETT, Claimant-Appellee-Appellant,
v.
MACY'S WEST STORES, INC., Employer-Appellant-Appellee,
and
SEDGWICK CMS-HAWAII, Third-Party Administrator-
Appellant-Appellee

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2018-091 AND DCD NO. 2-17-05258)

ORDER
(By: Leonard, Acting Chief Judge, Hiraoka and Wadsworth, JJ.)

Upon review of "Counsel's **Motion for Reconsideration** of Order Dated February 9, 2024" filed by Andrew A. **Cheng** on February 20, 2024, the papers in support, the record, and no opposition having been filed by Claimant-Appellee-Appellant Monica G. Scarlett:

Therefore, IT IS HEREBY ORDERED that the Motion for Reconsideration is granted. Cheng's request for approval of attorneys' fees and costs, as set forth in his "Amended Request for Approval of Attorney's Fees Pursuant to Section 386-94, Hawaii Revised Statutes" filed on October 23, 2023, is granted. Attorneys fees in the amount of $25,859.68 and costs in the

amount of $159.96 are hereby approved as a lien on compensation payable to Claimant-Appellee-Appellant Monica G. Scarlett.

DATED:  Honolulu, Hawaiʻi, March 13, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge